Office of the Chapter 13 Trustee
Southern District Of Georgia
Savannah Division
O. Byron Meredith III
Trustee

33 Bull Street, Suite 415 (31401)  (912) 234-5052
Post Office Box 10556  (800) 292-2811
Savannah, Georgia 31412  Fax  (912) 232-8824

December 4, 2014

Arder M. Chong
P.O. Box 465
Walthourville, GA 31333

RE:  341 Meetings of Creditors
     Chapter 13 Case No. 14-41837-EJC

Dear Ms. Chong:

This letter serves to inform you that the 341 meeting for the above referenced case has been rescheduled. The hearing will be held on December 19, 2014 at 12:00 Noon, at the Office of the U. S. Trustee, Johnson Square Business Center, 2 E. Bryan Street, Suite 725. It is your responsibility to give notice to all parties in interest of this new date and time. This case will remain on the calendar on December 5, 2014, in the event creditors appear at the hearing.

By copy of this letter I am notifying Ms. Rauback of this continued date and time. Please do not hesitate to call me if you have questions.

Sincerely,

O. Byron Meredith III
Chapter 13 Trustee

OBM/dl

cc:  Ms. Lucinda Rauback
     Mr. Carl Ivy
     Ms. Novella Jackson
     Ms. Patricia Stepherson
     Mr. Bob Cassidy