# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of:  )
    Arder M Chong  )    Chapter __13__
    n/a  )    Case Number __14-41837-EJC__
        *Debtor(s)*  )

FILED 2014 DEC 15 AM 12:00 U.S. BANKRUPTCY COURT SAVANNAH, GA

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor __Arder M Chong__

    Employer __n/a__

    Dates of Pay Advices: From _____ To _____

    Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

    [ ] The Debtor was not employed.

    [x] The Debtor's source of income was from Social Security.

    [ ] The Debtor was self employed.

2. Joint Debtor (Spouse) __n/a__

    Employer __n/a__

    Dates of Pay Advices: From _____ To _____

    Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

    [ ] The Joint Debtor was not employed.

    [ ] The Joint Debtor's source of income was from Social Security.

    [ ] The Joint Debtor was self employed.

| pro se | 12/12/2014 | *(signature)* | 12/12/2014 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |

| | | | |
|---|---|---|---|
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |